AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
District of Massachusetts

| | | |
|---|---|---|
| DYNOCOM INDUSTRIES, INC., | ) | |
| *Plaintiff* | ) | |
| v. | ) | Case No. 1:23-cv-12648 |
| MAGICMOTORSPORT S.R.L., | ) | |
| *Defendant* | ) | |

**APPEARANCE OF COUNSEL**

To:  The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

MAGICMOTORSPORT S.R.L., .

Date: 02/22/2024

/s/ Mark R. Bagley
*Attorney's signature*

Mark R. Bagley (Pro Hac Vice 6,271,579)
*Printed name and bar number*

TOLPIN & PARTNERS, PC
30 N. LaSalle Street, Suite 1510
Chicago, IL  60602

*Address*

mark@tolpinlaw.com
*E-mail address*

(312) 698-8971
*Telephone number*

(312) 803-9602
*FAX number*

## CERTIFICATE OF SERVICE

I certify that on February 22, 2024, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, which automatically sends email notification of such filing to registered participants. Any other counsel of record will receive the foregoing via e-mail in PDF format.

*/s/ Mark R. Bagley*
Mark R. Bagley
(Pro Hac Vice 6,271,579)