UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNOCOM INDUSTRIES, INC., | |
| Plaintiff, | C.A. No.: 23-12648 |
| v. | |
| MAGICMOTORSPORT S.R.L. | |
| Defendant. | |

**NOTICE OF APPEARANCE**

Please enter the appearance of Justin P. Tinger, as counsel for the Plaintiff, Dynocom Industries Inc., in the above-captioned matter.

Date: March 8, 2024.

Respectfully submitted by,
Attorney for Plaintiff
Dynocom Industries Inc.

/s/ Justin P. Tinger
Justin P. Tinger (BBO# 707807)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: 617.720.0091
Facsimile: 617.7206307
tinger@lambertpatentlaw.com

## CERTIFICATE OF SERVICE

I certify that I served the foregoing on counsel of record through the Court's ECF system.

Date: March 8, 2024.

/s/ Justin P. Tinger