**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

DYNOCOM INDUSTRIES, INC.
        Plaintiff(s)

V.

MAGICMOTORSPORT S.R.L.
        Defendant(s)

CIVIL ACTION
NO. 23-cv-12648-PBS

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE Saris

☐ The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

☑ On 5/23/2024 I held the following ADR proceeding:

☐ SCREENING CONFERENCE     ☐ EARLY NEUTRAL EVALUATION
☑ MEDIATION     ☐ SUMMARY BENCH / JURY TRIAL
☐ MINI-TRIAL     ☐ SETTLEMENT CONFERENCE

All parties were represented by counsel [except _____]

The parties were ☑ /were not ☐ present in person or by authorized corporate officer [except _____].

The case was:

☐ Settled. Your clerk should enter a _____ day order of dismissal.

☐ There was progress. A further conference has been scheduled for _____ unless the case is reported settled prior to that date.

☑ Further efforts to settle this case at this time are, in my judgment, unlikely to be productive. This case should be restored to your trial list.

☐ Suggested strategy to facilitate settlement:

5/23/2024
DATE

/s/ Paul G. Levenson
ADR Provider

(ADRReportforpdf.wpd - 4/12/2000)