# IN THE UNITED STATE DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DYNOCOM INDUSTRIES, INC., | |
| Plaintiff, | C.A. No.: 1:23-cv-12648 |
| v. | |
| MAGICMOTORSPORT S.R.L. | |
| Defendant. | |

## JOINT CLAIM CONSTRUCTION CHART

Pursuant to District of Massachusetts Local Rule 16.6(e)(1)(d), the parties hereby submit this Joint Claim Construction Statement and Chart.

Dated: July 17, 2024.

Respectfully submitted by:

*Attorneys for Plaintiff*
Dynocom Industries, Inc.

/s/ Justin P. Tinger
Justin P. Tinger (BBO# 707807)
Brendan M. Shortell (BBO# 675851)
David J. Connaughton (BBO# 679451)
Lambert Shortell & Connaughton
100 Franklin Street, Suite 903
Boston, MA 02110
Telephone: (617)-720-0091
tinger@lambertpatentlaw.com
shortell@lambertpatentlaw.com
connaughton@lambertpatentlaw.com

*Attorneys for Defendant*
Magicmotorsport s.r.l.

/s/ Mark R. Bagley (by permission)
Mark R. Bagley (*pro hac vice*)
Tolpin & Partners, PC
30 North LaSalle Street, Suite 1510
Chicago, Illinois 60602
(312) 698-8971
mark@tolpinlaw.com

Craig R. Smith (BBO No. 636,723)
Lando & Anastasi, LLP
60 State Street – 23rd Floor
Boston, MA 02109
(617) 395-7000
csmith@lalaw.com

**DISPUTED TERMS AND CONSTRUCTIONS**

| Term | Plaintiff Proposed Construction | Defendant Proposed Construction | Court's Construction |
|---|---|---|---|
| secured to | connected to with or without intervening parts | fixed or attached to, so as to not come apart from | |
| co-axially rotate | rotate on a common axis that includes an alignment tolerance suitable for the dynamometer application | to rotate around a single common axis | |
| outwardly extending support arm | support arm that is capable of extending outward from the frame to provide a wider footprint | a support arm capable of extending outward from the frame in a direction that provides a wider footprint for the POD and provides leverage against the torsional forces on the load shaft when the POD is in use | |
| arm lock | device capable of securing the support arm in a fixed position | a device which can be engaged to secure the arm in a fixed position and can be disengaged to allow arm movement to other positions | |
| support foot assembly | assembly that engages the floor or ground surface located beneath the dynamometer for support | an assembly of elements consisting of a foot which engages with the floor or ground on which the POD rests, a rod extending upward from the foot and having a threaded surface, and a threaded aperture in or attached to the support arm such that the rod and foot can be turned to extend and retract to and from the floor or ground | |

2

**AGREED UPON CONSTRUCTIONS OF SELECTED TERMS**

| Term | Agreed Construction |
|---|---|
| load shaft | a shaft to which power can be transferred from the drive shaft |
| hub coupling | a device designed to allow a mechanical connection to the drive shaft |
| connected directly | fixed securely |
| fixed positions | two or more fixed positions |