IN THE UNITED STATE DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **DYNOCOM INDUSTRIES, INC.,** | |
| **Plaintiff,** | C.A. No.: 23-12648 |
| v. | |
| **MAGICMOTORSPORT S.R.L.** | |
| **Defendant.** | |

### ASSENTED TO - MOTION TO LIFT THE STAY OF LITIGATION

Plaintiff, Dynocom Industries, Inc. ("Dynocom"), by and through its undersigned counsel, hereby respectfully requests that this Court lift the Stay of Litigation ordered by the Court on October 24, 2024 (Dkt. 48) and thereby reset all deadlines. Plaintiff certifies that, Pursuant to Local Rule 7.1(a)(2), on May 2, 2025, it obtained Defendant's assent to lift the stay and reopen the litigation.

The case was administratively stayed pending reexamination of Dynocom's U.S. Patent No. 8,505,374 (the "'374 Patent"), which has now concluded. Specifically, on April 16, 2024, the United States Patent and Trademark Office ("USPTO") mailed a notice of intent to issue a reexamination certificate for the '374 Patent, a true and correct copy of which is attached hereto as Exhibit A ("Ex. A"). The notice confirms that the '374 Patent is valid and explains why the prior art cited in MMS's reexamination request does not disclose or teach the combination of the '374 Patent's claim limitations. Ex. A at 2-4.

WHEREFORE, Dynocom respectfully requests that the Court:

(1) grant Dynocom's Motion to Lift the Stay and Reopen the Case

(2) Reset the deadlines in the proceeding; and.

(2) grant such further relief as the Court may deem just and proper.

| | |
|---|---|
| Date: May 22, 2025. | Respectfully Submitted By,<br>Attorneys for Plaintiff<br>Dynocom Industries, Inc.<br><br>/s/ Brendan M. Shortell<br>Brendan M. Shortell (BBO# 675851)<br>Lambert Shortell & Connaughton<br>100 Franklin Street, Suite 903<br>Boston, MA 02110<br>Main: (617)-720-0091<br>shortell@lambertpatentlaw.com |

### CERTIFICATION PURSUANT TO LOCAL RULE 7.1(A)(2)

The undersigned counsel certifies that he emailed counsel for Defendant asking for assent and Defendant has assented to this request.

/s/ Brendan M. Shortell
Brendan M. Shortell

### CERTIFICATE OF SERVICE

I hereby certify that this document filed through the ECF system will be served on Defendants and its counsel.

/s/ Brendan M. Shortell
Brendan M. Shortell